**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**NEW YORK LIFE INSURANCE COMPANY**                        **PLAINTIFF**

**V.**                                  **CIVIL ACTION NO. 1:15cv239-HSO-JCG**

**SHEILA MARGARETTE DRESSLER WALKER,
DONNA DRESSLER and
GEORGE COUNTY FUNERAL HOME**                        **DEFENDANTS**

## AGREED JUDGMENT OF DISMISSAL AND
## ORDER FOR DISBURSEMENT OF LIFE INSURANCE PROCEEDS

During a settlement conference conducted by Magistrate Judge John Gargiulo, the remaining parties, Sheila Margarette Dressler Walker and Donna Dressler agreed to and announced to the Court a settlement of this case, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket:

**IT IS HEREBY ORDERED THAT** the full amount of the life insurance proceeds ($84,276.25) currently residing in the Registry of the Court, in addition to any interest earned while in the Registry of the Court (approximately $53.54 as of August 17, 2016) will be disbursed as follows:

Defendant Sheila Margarette Dressler Walker shall receive $7,500.00, payable to "Sheila Walker and Brady Law Firm, PLLC."

Defendant Donna Dressler shall receive $76,776.25, payable to "Donna Dressler and Bordis & Danos, PLLC."

Any and all interest accrued wile in the Registry of the Court will be payable to "Donna Dressler and Bordis & Danos, PLLC."

1

**IT IS FURTHER ORDERED THAT** Defendant Donna Dressler shall pay funeral expenses of $9,350.00 to George County Funeral Home within 30-days of receipt of the disbursed funds.

**IT IS FURTHER ORDERED THAT** this is a full and final dismissal of all outstanding counterclaims and crossclaims between the parties to the extent they exist.

**IT IS FURTHER ORDERED THAT** from the relevant funds available in the Registry of the Court, the Clerk of the Court shall issue a check payable to "Sheila Walker and Brady Law Firm, PLLC" in the amount of $7,500.00.  The check shall be sent to Brady Law Firm, PLLC, 520 E. Railroad Street, Suite B, Long Beach, MS 39560.

**IT IS FURTHER ORDERED THAT** from the relevant funds available in the Registry of the Court, the Clerk of the Court shall issue a check payable to "Donna Dressler and Bordis & Danos, PLLC" in the amount of $76,776.25.  The check shall be sent to Bordis & Danos, PLLC, 1215 Government St., Ocean Springs, Mississippi 39564.

**IT IS FURTHER ORDERED THAT** from the relevant funds available in the Registry of the Court, the Clerk of the Court shall issue a check payable to "Donna Dressler and Bordis & Danos, PLLC" for any and all interest accrued on the funds while in the Registry of the Court.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE** as to all claims and parties, with each party to bear its own costs and expenses, including attorneys' fees.

**SO ORDERED AND ADJUDGED** this the 17th day of August, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

Prepared by:

*/s/* Joshua W. Danos
Joshua W. Danos (MSB # 101501)
Bordis & Danos, PLLC
1215 Government St.
Ocean Springs, MS 39564
*Counsel for Donna Dressler*

Agreed:

*/s/* Michelle Luber
Michelle Luber (MSB #104854)
Brady Law Firm, PLLC
520 E. Railroad Street, Suite B
Long Beach, Mississippi 39560
*Counsel for Sheila Walker*